UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| RANDALL S. QUICK,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No: 5:18-cv-01961-AB(SHKx)<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

**ORDER**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorney's fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 15, 2019

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE